NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

22-393 consolidated with 22-392

ANDY WELCH

VERSUS

KENNETH SPEARS, ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NO. C-2021-412 C/W NO. C-2021-406
HONORABLE ERROL DAVID DESHOTELS, JR., DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

CANDYCE G. PERRET
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Candyce G. Perret, Jonathan W. Perry, and Charles G. Fitzgerald, Judges.

AFFIRMED.

**Meredith Abrusley Guillory**
**Post Office Drawer 1114**
**Oakdale, LA   71463**
**(318) 335-9771**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
**Kenneth M. Spears**
**Angela Spears**

**R. O'Neal Chadwick, Jr.**
**Gregory B. Odom, II**
**W. Alex Hooper**
**Chadwick, Odom, & Stokes, LLC**
**Post Office Box 12114**
**Alexandria, LA   71315**
**(318) 445-9899**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
**Andy Welch**
**Melissa Welch**
**Welch's Stop-n-Shop, LLC**

**PERRET, Judge.**

For the reasons set forth in the companion and consolidated case hereto, *Spears v. Welch*, 22-392 (La.App. 3 Cir. __/__/22), ___ So.3d ___, the April 26, 2022 Judgment of the trial court in favor of Appellees, Andy Welch, Melissa Welch, and Welch's Stop-N-Shop, is affirmed in all respects. Each party is to bear their own costs on appeal.

**AFFIRMED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2-16.3.